**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW ARRUE, ) | CASE NO. CV 09-06440 ODW (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ANTHONY HEDGPETH, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the First Amended Petition of ANDREW ARRUE, for a writ of habeas corpus. Having reviewed the First Amended Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed with prejudice.

DATED: November 22, 2010

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE